In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00225-CV
_____

**DANA MICHELE STRUVE, Appellant**

**V.**

**FRANK ANDREW STRUVE, Appellee**

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. CIV22-0740

**MEMORANDUM OPINION**

Dana Michele Struve filed a notice of appeal on July 10, 2023. According to information provided by the District Clerk, neither a judgment nor an appealable order has been signed by the trial court. In a notice issued by the Clerk of the Court, we questioned our jurisdiction and directed the parties to identify the statute or rule authorizing an appeal at this time in written replies filed by August 17, 2023. The Clerk's notice warned the parties that the appeal would be dismissed for lack of jurisdiction without further notice unless our jurisdiction over the appeal was

1

established. None of the parties responded to the Clerk's notice. No party requested additional time to obtain a final judgment or severance order.

Generally, in civil cases appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1. We dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 30, 2023
Opinion Delivered August 31, 2023

Before Golemon, C.J., Horton and Wright, JJ.